IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| SONIA SHORT | * |
| | *   **Case No.: 8:24-cv-02433-GLS** |
| Plaintiff, | * |
| | * |
| vs. | * |
| | * |
| WALMART CLAIMS SERVICES, INC. | * |
| | * |
| Defendant. | * |

## MOTION FOR LEAVE TO SUBSTITUTE APPEARANCE OF COUNSEL

Pursuant to Rule 101.2(B) of the Local Rules of the United States District Court for the District of Maryland, Jennifer A. King, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, moves for leave to strike the appearance of Christopher R. Dunn as counsel for Defendant Walmart Claims Services, Inc., and in support states as follows:

1. That by Entry of Appearance filed herein on January 6, 2025, (ECF 22), undersigned counsel has entered an appearance on behalf of Walmart Claims Services, Inc.

2. Pursuant to Local Rule 101.2(B), the appearance of Christopher R. Dunn maybe stricken as undersigned counsel has entered an appearance for Walmart Claims Services, Inc.

WHEREFORE, Jennifer A. King, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, requests that the Court enter an Order granting this Motion and striking the appearance of Christopher R. Dunn as counsel for Defendant, Walmart Claims Services, Inc.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
 GALLAGHER & DeBLASIS, LLP


By: /s/Jennifer A. King
Jennifer A. King, #17248
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
(301) 352-8691 - Fax
jking@decarodoran.com
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **9th** day of **January, 2024,** a copy of the foregoing Motion for Leave to Substitute Appearance was electronically filed and served upon:

Erick P. Gracia, Esquire
Gracia & Mintz, LLC
12805 Old Fort Road, Suite 302
Fort Washington, Maryland 20744
*Counsel for Plaintiff*


 /s/Jennifer A. King
Jennifer A. King, #17248